SUPERIOR TESTERS, INC., Plaintiff-Appellee-Cross-Appellant,

v.

DAMCO TESTERS, INC. and D. A. Miller, Defendants-Appellants-Cross-Appellees,

Brown Oil Tools, Inc., et al., Defendants.

No. 71–2611.

United States Court of Appeals, Fifth Circuit.

Nov. 24, 1972.

Rehearing and Rehearing En Banc Denied Feb. 8, 1973.

See also D.C., 336 F.Supp. 37.

Nathan Greenberg, Gretna, La., Carlos A. Torres, Houston, Tex., Gerald F. Lofaso, Philip J. McMahon, Houma, La., Charles A. Keilin, Houston, Tex., for appellants.

Harvey B. Jacobson, Jr., Washington, D. C., A. J. Gray, III, New Orleans, La., H. Minor Pipes, Houma, La., for appellees.

Before GEWIN, BELL and GODBOLD, Circuit Judges.

PER CURIAM:

The judgment of the district court is affirmed on the appeal and cross appeal. All costs shall be taxed against appellants-cross appellees, Damco Testers, Inc.

Affirmed.